# United States Court of Appeals

## For the First Circuit

No. 06-1883

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES TOBIN,

Defendant, Appellant.

**ERRATA**

The opinion of this court issued March 21, 2007, is amended as follows:

On page 14, note 6, line 3, omit the comma after "1990))".